550 A.2d 195

**Donald AYERS and Susan Ayers, Appellants,**

v.

**OAK HILL BUILDERS, INC., Pocono Land and Homes, Inc., Ann–Ron Corporation and Dorothy Klapatch.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1988.

Decided Nov. 14, 1988.

Arthur L. Zulick, Stroudsburg, for appellants.

Phillip H. Williams, Stroudsburg, for Oak Hill, Pocono Land and Ann–Ron.

Elizabeth Bensinger Weekes, Stroudsburg, for Dorothy Klapatch.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.